# Greenberg
# Traurig

Darcy E. Coty
Tel. 678.553.2107
Fax 678.553.2108
cotyd@gtlaw.com

FILED IN CLERK'S OFFICE

22

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

March 21, 2006

**VIA: FIRST-CLASS MAIL**

Honorable Julie E. Carnes
Judge, U.S. District Court (NDGA)
2167 U.S. Courthouse
75 Spring St., S.W.
Atlanta, GA 30303

Re:   *Joseph Stankus v. Medtronic Minimed, Inc.*, United States District Court; Northern District of Georgia; Atlanta Division; Civil Action File No. 1 05-CV 782 JEC

Dear Judge Carnes:

As I discussed with Ms. Krista Everly by telephone, the parties have resolved the above-styled case. We are negotiating a settlement agreement and then will be filing a dismissal.

We appreciate your guidance and consideration in this matter. Should you have questions or need additional information, please do not hesitate to let us know.

Respectfully,

Darcy E. Coty

cc:   Lori Cohen, Esq.
      Michael Goldberg, Esq.

ALBANY
AMSTERDAM
ATLANTA
BOCA RATON
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LOS ANGELES
MIAMI
MILAN*
NEW JERSEY
NEW YORK
ORANGE COUNTY, CA
ORLANDO
PHILADELPHIA
PHOENIX
ROME*
SILICON VALLEY
TALLAHASSEE
TOKYO*
TYSONS CORNER
WASHINGTON, D.C.
WEST PALM BEACH
ZURICH
*Strategic Alliances
Tokyo-Office/Strategic Alliance

Greenberg Traurig, LLP | Attorneys at Law | The Forum | 3290 Northside Parkway | Suite 400 | Atlanta, GA 30327
Tel 678.553.2100 | Fax 678.553.2212

www.gtlaw.com